478 A.2d 899

Rossero v. Rossero, Appellant.

Reargument Denied Aug. 7, 1984.

Argued March 1, 1984. Sanford S. Finder, for appellant; Kenneth L. Baker, for appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Order affirmed.